IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TRAVIS J. FLOWERS                                                                                          PETITIONER

VS.                                                                         CIVIL ACTION NO. 3:21-cv-432-DPJ-FKB

RICK McDANIEL                                                                                            RESPONDENT

## REPORT AND RECOMMENDATION

This matter is before the undersigned *sua sponte* for recommendation of dismissal. Plaintiff filed this petition for habeas corpus relief pursuant to 28 U.S.C. § 2241 on June 29, 2021. The petition does not state that he is being detained for a pending criminal matter or because he has been convicted of a crime. Neither does it state that he has been released from custody on parole or some type of supervised release. Rather, his allegations appear to concern a claim of employment discrimination. The undersigned has entered three show cause orders directing Petitioner to file a response stating the following:

(a) Whether he is being detained in a prison facility;

(b) Whether he is being detained or incarcerated in a jail, detention center, or other prison facility for a criminal charge;

(c) Whether he is being detained or incarcerated in a jail, detention center, or other prison facility because he has been convicted of a crime;

(d) Whether he has been released from custody on parole or some type of supervised release;

(e) Whether he is challenging a criminal charge or conviction; and

(f) Whether he wishes to voluntarily dismiss this petition for habeas relief.

On January 25, 2022, after the third show cause order, Petitioner filed a response [7] to the orders. The response does not address any of the matters specified in the show cause orders and establishes no basis for jurisdiction pursuant to § 2241. "[H]abeas is not available to review questions unrelated to the cause of detention. Its sole function is to grant relief from unlawful imprisonment or custody and it cannot be used properly for any other purpose." *Pierre v. United States*, 525 F.2d 933, 935-36 (5th Cir. 1976). Accordingly, the undersigned recommends that the Petition be dismissed.

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court. 28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Respectfully submitted, this the 8th day of September, 2023.

s/ F. Keith Ball  
United States Magistrate Judge